JUDGE CEDARBAUM

12 CIV 9260

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
:
KATE SPADE LLC,                                               :
:
      Plaintiff,                    :
:
   -against-                                      :  12 Civ.
:
SATURDAYS SURF LLC,                                           :
:
      Defendant.                    :
:
------------------------------------------------------------- x

**CORPORATE DISCLOSURE STATEMENT**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned certifies that Kate Spade LLC is a wholly-owned subsidiary of Fifth & Pacific Companies, Inc., a publicly-traded company.

By: _____

David H. Bernstein
(dhbernstein@debevoise.com)
Jennifer Insley-Pruitt
(jinsleypruitt@debevoise.com)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York  10022
(212) 909-6696

*Attorneys for Plaintiff Kate Spade LLC*

Dated:  December 19, 2012