AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Kate Spade LLC | ) ) ) ) | **12 CIV 9260** |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No.  JUDGE CEDARBAUM |
| Saturdays Surf LLC | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    Saturdays Surf LLC
    31 Crosby Street
    New York, New York 10013

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    David H. Bernstein
    DEBEVOISE & PLIMPTON LLP
    919 Third Ave.
    New York, New York 10022

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                     RUBY J. KRAJICK

                                                                  *CLERK OF COURT*

Date:   DEC 1 9 2012                                                       
                                                                  *Signature of Clerk or Deputy Clerk*

United States District Court for the
Southern District of New York

---

Kate Spade LLC,

                              Plaintiff,

-against-                                            **AFFIDAVIT OF SERVICE**
                                                              Civil Action # 12 CIV 9260

Saturdays Surf LLC,

                              Defendant.

---

STATE OF NEW YORK
COUNTY OF ALBANY  SS:

Denise L. Dooley being duly sworn, deposes and says that she is over the age of eighteen years, is a resident of New York State and is not a party to this action.

That on the 20th day of December, 2012, at approximately the time of 11:50 a.m., at the office of Secretary of State, of the State of New York, in the City of Albany, New York, deponent served the Summons in a Civil Action, Complaint for Declaratory Judgment, Civil Cover Sheet, Corporate Disclosure Statement Pursuant to Federal Rule of Civil Procedure 7.1, Individual Practices of Judge Miriam Goldman Cedarbaum and United States District Court Electronic Case Filing Rules and Instructions, upon **SATURDAYS SURF LLC,** by delivering to and leaving with Chad Matice an agent of the Secretary of State, of the State of New York, two (2) true copies thereof and at the time of making such service deponent paid said Secretary of State a fee of forty dollars. That said service was made pursuant to Section 303 of the Limited Liability Company Law.

Deponent further says that she knew the person so served as aforesaid to be the individual in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

Chad Matice is a white male, approximately 30 years of age, stands approximately 6 feet tall, weights approximately 200 pounds with brown hair and wears glasses.

                                                                      Denise L. Dooley

Sworn to before me
this 20th day of December, 2012.

FRANK J. PANUCCI
Notary Public, State of New York
Qualified in Albany County
No. 4721156
Commission Expires July 31, 2014