UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

KATE SPADE LLC,

        Plaintiff,

    -against-

SATURDAYS SURF LLC,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No. 12 Civ. 9260 (MGC)

ECF Case

STIPULATION AND ORDER

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 1/17/13

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel for the parties, that the time for defendant Saturdays Surf LLC to answer, move, and/or otherwise respond to the Complaint in this action shall be extended to January 24, 2013.

Dated: January 14, 2013

DEBEVOISE & PLIMPTON LLP

By: _____
David H. Bernstein
(dhbernstein@debevoise.com)
919 Third Avenue
New York, New York 10022
(212) 909-6696

Attorneys for Plaintiff Kate Spade LLC

HART, KING & COLDREN

By: _____
David Christopher Baker (pro hac vice motion to be filed) (dbaker@hkclaw.com)
200 Sandpointe, 4th Floor
Santa Ana, CA 92707
(714) 432-8700

Attorneys for Defendant Saturdays Surf LLC

**SO ORDERED**

this 17th day of January, 2013.

S/ _____
Honorable Miriam Goldman Cedarbaum
United States District Judge