Peter N. Wang
Robert S. Weisbein
Adam G. Pence
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY  10016
Tel: (212) 682-7474
Fax: (212) 687-2329

*Attorneys for Defendant Saturdays Surf LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KATE SPADE LLC                                                      :
                                                                                  :
                                                                                  :
                                   Plaintiff,                              :
                                                                                  :           No. 12 CIV 9260
                    -against-                                             :
                                                                                  :           **NOTICE OF APPEARANCE**
SATURDAYS SURF LLC                                           :
                                                                                  :
                                                                                  :
                                   Defendant.                         :
------------------------------------------------------------X


　　　　　PLEASE TAKE NOTICE that the undersigned hereby enters his appearance as counsel for Defendant Saturdays Surf LLC in the above-captioned matter.

　　　　　Please adjust your records accordingly and direct all future correspondence to the address listed below:

3

Peter N. Wang
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
Tel.: (212) 682-7474
Fax: (212) 687-2329
Email: pwang@foley.com

Dated:  New York, New York
        January 23, 2013

        FOLEY & LARDNER LLP

        BY */s/ Peter N. Wang*
           Peter N. Wang
           90 Park Avenue
           New York, New York  10016
           Telephone: (212) 682-7474
           Facsimile: (212) 687-2329
           Email: pwang@foley.com

           *Attorneys for Defendant Saturdays Surf LLC*