Peter N. Wang
Robert S. Weisbein
Adam G. Pence
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY  10016
Tel: (212) 682-7474
Fax: (212) 687-2329

*Attorneys for Defendant Saturdays Surf LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KATE SPADE LLC                                    :
                                                  :
                                                  :
                    Plaintiff,                    :
                                                  :        No. 12 CIV 9260
            -against-                             :
                                                  :        **NOTICE OF APPEARANCE**
SATURDAYS SURF LLC                                :
                                                  :
                                                  :
                    Defendant.                    :
------------------------------------------------------------X


      PLEASE TAKE NOTICE that the undersigned hereby enters his appearance as

counsel for Defendant Saturdays Surf LLC in the above-captioned matter.

      Please adjust your records accordingly and direct all future correspondence to the

address listed below:

Andrew Baum
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
Tel.: (212) 682-7474
Fax: (212) 687-2329
Email: abaum@foley.com

Dated:  New York, New York
January 23, 2013

      FOLEY & LARDNER LLP

      BY    */s/ Andrew Baum*
            Andrew Baum
            90 Park Avenue
            New York, New York  10016
            Telephone: (212) 682-7474
            Facsimile: (212) 687-2329
            Email: abaum@foley.com

            *Attorneys for Defendant Saturdays Surf LLC*