Peter N. Wang
Robert S. Weisbein
Adam G. Pence
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY  10016
Tel: (212) 682-7474
Fax: (212) 687-2329

*Attorneys for Defendant Saturdays Surf LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KATE SPADE LLC                               :
                                             :
                                             :
                    Plaintiff,               :
                                             :         No. 12 CIV 9260
           -against-                         :
                                             :         **NOTICE OF APPEARANCE**
SATURDAYS SURF LLC                           :
                                             :
                                             :
                    Defendant.               :
------------------------------------------------------------X

      PLEASE TAKE NOTICE that the undersigned hereby enters his appearance as counsel for Defendant Saturdays Surf LLC in the above-captioned matter.

      Please adjust your records accordingly and direct all future correspondence to the address listed below:

        Adam G. Pence
        FOLEY & LARDNER LLP
        90 Park Avenue
        New York, New York 10016
        Tel.: (212) 682-7474
        Fax: (212) 687-2329
        Email: apence@foley.com


Dated:  New York, New York
        January 23, 2013

                              FOLEY & LARDNER LLP

                              BY     */s/ Adam G. Pence*
                                          Adam G. Pence
                                          90 Park Avenue
                                          New York, New York  10016
                                          Telephone: (212) 682-7474
                                          Facsimile: (212) 687-2329
                                          Email: apence@foley.com

                                          *Attorneys for Defendant Saturdays Surf LLC*