UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KATE SPADE LLC,

      Plaintiff,

  -against-

SATURDAYS SURF LLC,

      Defendant.
-----------------------------------------------------------X



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/13

No. 12 CIV 9260 (MGC)

**STIPULATION AND ORDER**

WHEREAS, the time for Defendant Saturdays Surf LLC to answer, move, and/or otherwise respond to the complaint in the above-captioned action (the "Action") was previously extended by stipulation to January 24, 2013; and

WHEREAS, after the undersigned counsel was engaged by Saturdays Surf LLC on January 18, 2013, Plaintiff Kate Spade LLC agreed to grant Saturdays Surf LLC an additional fourteen (14) day extension to respond;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel, AND IT IS HEREBY ORDERED, that the deadline for Saturdays Surf LLC to answer, move, and/or otherwise respond to the complaint in the Action shall be extended to February 7, 2013.

**DEBEVOISE & PLIMPTON LLP**

By: _____
David H. Bernstein
Jennifer Insley-Pruitt
919 Third Avenue
New York, NY 10022
(212) 909-6696
dhbernstein@debevoise.com
jinsleypruitt@debevoise.com

*Attorneys for Plaintiff KATE SPADE LLC*

**FOLEY & LARDNER LLP**

By: _____
Peter N. Wang
Robert S. Weisbein
Adam G. Pence
90 Park Avenue
New York, New York 10016
(212) 682-7474
pwang@foley.com
rweisbein@foley.com
apence@foley.com

*Attorneys for Defendant SATURDAYS SURF LLC*

**SO ORDERED**

this 24th day of January, 2013.

s/ _____
Honorable Miriam Goldman Cedarbaum
United States District Judge