Peter N. Wang
Robert S. Weisbein
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
(212) 682-7474

*Attorneys for Defendant SATURDAYS SURF LLC*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| KATE SPADE LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 12 Civ. 9260 |
| | ) | |
| SATURDAYS SURF LLC, | ) | **RULE 7.1 STATEMENT** |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Pursuant to Rule 7.1(b)(1) of the Federal Rules of Civil Procedure, the undersigned

counsel for Defendant certifies that Saturdays Surf LLC is a non-governmental corporation

organized under the laws of the State of New York.  Saturdays Surf LLC has no parent

corporation.  Saturdays Surf LLC is not a publicly traded corporation, and no publicly held

company owns 10% or more of its stock.

Dated: February 7, 2013

FOLEY & LARDNER LLP

*/s/ Robert S. Weisbein*
Peter N. Wang (pwang@foley.com)
Robert S. Weisbein (rweisbein@foley.com)
90 Park Avenue
New York, New York 10016
Telephone: (212) 682-7474
Fax: (212) 687-2329