# Exhibit 1

Case 1:12-cv-09260-MGC   Document 12-1   Filed 02/07/13   Page 2 of 29



← Gift Guide for Camera Lovers                                    Penny Loafers, Redux →

TheScooponKateSpade

S
a
t
u
r
d
a
y

Who doesn't want <u>Saturday</u> everyday? Announced a couple of days ago, <u>kate spade new york</u> announced its brand new off-shoot line, <u>Kate Spade Saturday</u>. And you know I can't resist *more* kate spade. Seems perfectly timed since <u>Ohio's first kate spade boutique is coming to my town</u>. I've rounded up the bullet points about the new line, so read on for more.



A PEEK AT KATE SPADE SATURDAY

**The basics.** We all know how much fashion costs us. Kate Spade Saturday will be, like C.Wonder, a multi-category brand; it will be priced roughly 50% less than most kate spade new york goods, and the target demographic for this price point will be 25 to 35 years of age (*WWD*). Saturday launches in Japan as a brick-and-mortar flagship in Tokyo with e-commerce at Saturday.jp this winter, and Saturday will roll out to the States in the spring with only e-commerce.

**The styles and prices.** kate spade new york is well-known for bold colors and patterns as well as flattering feminine silhouettes. It's no surprise that the underline press release about Kate Spade Saturday reports, "[Saturday] will use simple straightforward shapes, and go-anywhere silhouettes featuring bold colors, strong prints, and honest materials like crisp cotton, canvas, and natural vachetta." The price point for jewelry should average around $30, shoes around $85, and handbags around $130.

**The verdict.** I'm excited to see the Saturday offerings, but I hope that they maintain the kate spade feel and attitude without sacrificing quality. We have enough mass market stores producing throwaway/cost-per-wash clothing. I suspect that we may be able to liken Saturday and kate spade's relationship to C.Wonder and Tory Burch. And by that, I mean that we have similar types of styles, but that Tory Burch and kate spade will offer finer construction and materials than C.Wonder and Saturday.

**The bottom line.** While I'm very curious about the new Saturday line, let me tell you my feelings on it. *kate spade new york is jumping on the mass merchandise appeal bandwagon.* And it is, as most decisions made, driven by the bottom line. Fifth & Pacific has been doing poorly in Q1 and Q2 this year—but has remained afloat because of sales from kate spade. At the beginning of October, Fifth & Pacific released revised sales projections, noting "kate spade's results are powerful and encouraging." Q1 results this year show a 45.9% sales increase across kate spade new york, even despite net sales down for the company overall (source). My simplistic approach to analyzing this data in light of the announcement doesn't do the situation justice. Though business decisions aren't made overnight, it does make sense to capitalize on the kate spade brand and grow it with an increased focus on the mass market.

**The digital component.** Since I work in digital marketing, it's interesting to hear that selections from Saturday will be pre-released on Fab.com prior to the U.S. launch. It shows that flash deal sites are a way to create buzz and draw attention—as well as move merchandise quickly. It looks like Saturday will be following in kate spade's footsteps with strategic use of social media like blogging, videos, user-generated content (tweets, photos) to keep things fresh. I'm excited to see all the online goodies—kate spade always has fun stuff that I admire, like collaborations with Vespa to iPhone wallpapers.

*Are you excited for Kate Spade Saturday? How do you feel the initial line looks and feels in comparison to what we're used to seeing from kate spade new york?* I'd love to hear what you think!

← Gift Guide for Camera Lovers                                    Penny Loafers, Redux →

Case 1:12-cv-09260-MGC    Document 12-1    Filed 02/07/13    Page 5 of 29

# 3 RESPONSES TO *THE SCOOP ON KATE SPADE SATURDAY*



**Lauren | Seventeenth & Irving** *says:*

OCTOBER 25, 2012 AT 1:20 PM

I am skeptical, but hopeful. I thought Kate Spade quality was very good until this year, when I received a pair of shoes that had glue coming out of the soles and mis-stitched edges. I promptly returned them. And then, after 6 months of sitting in their box wrapped in tissue, my rose gold peep toe flats had finish flaking off. I hope that with the launch of Saturday, they'll return the original quality of their higher end Kate Spade New York line.

I really do like Kate Spade's aesthetic, even though I'm more of a neutrals kind of girl, they have lots of shoes, handbags, and accessories that I enjoy working into my wardrobe.

REPLY



**Jess** *says:*

OCTOBER 25, 2012 AT 3:36 PM

Oh no, that really stinks. Did you try contacting customer service? I've had a lot of luck emailing and calling them in the past.

I also tend to buy more shoes, handbags, and accessories from ksny, though if I could afford some of the dresses, I'd also be interested in those!

REPLY



**MM** *says:*

OCTOBER 30, 2012 AT 11:46 AM

Tory Burch and C Wonder are not the same company. In fact, there are multiple law suits between the brands. Saturday and KSNY are both under the same brand umbrella but have different target customers with similar aesthetics.

Case 1:12-cv-09260-MGC   Document 12-1   Filed 02/07/13   Page 6 of 29

REPLY



# Kate Spade's Lower-Price Saturday Brand: Coming This Spring

Oct 23, 2012 @ 6:01 pm

Don't you wish every day was Saturday? We do, and Kate Spade New York does, too. **That's why the label is launching Kate Spade Saturday this spring, a new lifestyle brand for the younger-at-heart fashionista—and more budget-friendly, too.** Saturday will include dresses, jackets, and denim, accessories, beauty, home decor items, and more, **all for prices 50% lower than the brand's current offerings (think $30 to $130).** "Kate Spade Saturday is born from the core values of Kate Spade New York, but is realized in a new and exciting way for the younger customer," Craig Leavitt, the president of Kate Spade, said in a statement. **The line will launch this spring and will be available only online at the already-active saturday.com; visit the site now to sign up for news alerts.**

*Courtesy of Kate Spade Saturday*

**Plus, see stars in Kate Spade!**

STARS IN KATE SPADE

**MORE:**
• Stars Who Love Kate Spade
• Deborah Lloyd on Pippa's Style
• Carly Rae Jepsen's Kate Spade Bag

— Meghan Blalock

Permalink Comments (0)
Posted in: Breaking News, Fashion, Kate Spade.

Like 25

0

*Hart of Dixie* Gets Political Tonight! ▸

Apple iPad Mini Revealed! ▸

(0) Comments (+) Add a comment

ADVERTISEMENT

**MOST READ**

Jeremy Renner and Gemma Arterton Premiere Hansel and Gretel, Plus More Parties!

The Good Wife Fashion Details: Season 4, Episode 9 ▸

Princess Diana and Kate Middleton's Similar Style ▸

First Look: Kate Spade's Colorful Keds Sneakers! ▸

Fall Fashion Trends 2012 ▸

Powered by Outbrain [?]

ADVERTISEMENT

**Lucky Magazine**
**The Online Source for Shopping & Style**

# Lucky

# lucky right now

What you need to know this instant.

**< Back to The Latest on Luckymag.com main**

FOR: **News**, **Designers**,

## *Kate Spade's New Lower-Priced Saturday Brand: Here's the Scoop*

BY *Elana Fishman*
12:00 PM, OCTOBER 23 2012

It's only Tuesday—but aren't you ready for the weekend already? Kate Spade, purveyor of all things cute, colorful and cheery, sympathizes—and this spring, it's launching a brand-new line "meant to capture the spirit of Saturday every day of the week," according to the company's president Craig Leavitt. The new venture's name? Kate Spade Saturday, of course.

According to *WWD*, the line will include apparel, swimwear, handbags, jewelry, eyewear, shoes and home décor and be priced at about 50 percent less than most Kate Spade New York goodies, in keeping with the younger clientele it's targeting (think ages 25 to 35, as opposed to the 30-to-40-year-olds KSNY attracts). Expect to shell out about $90 for most clothing in the collection; $55 for eyewear; $85 for shoes; $30 for jewelry; $25 for home goods and $50 for watches.

But don't call Saturday a diffusion line—it won't actually be sold in Kate Spade New York stores, nor in the Kate Spade section of your favorite department store. Rather, the vertical venture will be available in the U.S. at Saturday.com and in Japan at Saturday.jp, as well as at a freestanding flagship in Tokyo. Fingers crossed for a NYC brick-and-mortar shortly thereafter…

Until Saturday finally rolls around, click through for a first look at what's to come from this exciting new brand. For our part, we're planning to snatch up those half-moon handbags and two-tone pumps.

*All images via WWD.*



ADVICE

True
Confes
I
Was



CHEAP
WEDDING
GUIDE

12
Things



HOLI
SHO
GUID

Sen
this



BRA GUIDE

Best Bra
Fitting
Tips &
Rules



## DEALS        ADVICE        STYLE        GUIDES
## BEAUTY

Search TBF...

Sign up for the TBF NEWSLETTER

LUCKY MAGAZINE
(/CATEGORY/LUCKY-MAGAZINE-
LINK-LOVE/)

**SIGN UP**

# Kate Spade's New Lower-Priced Saturday Brand: Here's the Scoop!

# RELATED POSTS





Four
New
Ways
to
Wear
White
Jeans
in
Winter

November 5, 2012 by Lucky-
Magazine (/archive/author/lucky-
magazine/)



How
to
Get
Dressed—
and
Look
Amazing—



Advertise  |  Privacy Policy

AdChoices



in 5 Minutes!



# People are TALKING ABOUT

*The following is a guest post from our friends at Lucky (http://www.luckymag.com/blogs/luckyrightnow/20 -Spade-New-Lower-Priced- Saturday-Brand-Heres-the- Scoop#slide=1).*

How to Keep Your Nails Looking Pretty

Kate Spade, purveyor of all things cute, colorful and cheery, sympathizes—and this spring is launching a brand-new line "meant to capture the spirit of Saturday every day of the week," according to the company's president, Craig Leavitt. The new venture's name? Kate Spade Saturday, of course.



Louis Vuitton's Spring/Summer 2013 Campaign Is All About The Checkboard

# Kate Spade Saturday

According to Women's Wear Daily, the line will include apparel, swimwear, handbags, jewelry, eyewear, shoes and home décor and be priced at about 50 percent less than most Kate Spade New York goodies, in keeping with the younger clientele it's targeting (think ages 25 to 35, as opposed to the 30-to-40-year-olds KSNY attracts). Expect to shell out about $90 for most clothing in



Coats to Match Your Party Dress

YOU ASK



Like 8

STEALS + DEALS (/CATEGORY/COUPON-DEALS/)

Curve Huggers: 5 Plus Size Jeans from Zappos

Like 8

STEALS + DEALS (/CATEGORY/COUPON-DEALS/)

5 Colorful Plus Size Dresses from Old Navy



Like 8





Like 8

STEALS + DEALS (/CATEGORY/COUPON-DEALS/)

Hots for Hats: 5 Winter Designer Hats Under $50



Like 8

STEALS + DEALS (/CATEGORY/COUPON-DEALS/)

Paint it Block… Color Block, That Is: 5 Affordable Color Block Bags from Zappos

the collection; $55 for eyewear; $85 for shoes; $30 for jewelry; $25 for home goods and $50 for watches.

But don't call Saturday a diffusion line—it won't actually be sold in Kate Spade New York stores, nor in the Kate Spade section of your favorite department store. Rather, the vertical venture will be available in the United States at Saturday.com and in Japan at Saturday.jp, as well as at a freestanding flagship in Tokyo. Fingers crossed for an NYC brick-and-mortar shortly thereafter… Until Saturday finally rolls around, click through for a first look at what's to come from this exciting new brand. For our part, we're planning to snatch up those half-moon handbags and two-tone pumps.

*For more fashion, beauty, news, and shopping advice, visit Lucky (http://www.luckymag.com/blogs/luckyrightnow). And here are some other awesome stories–*



Like  8

Tweet  18

Share  0

## More on tbf

How to Layer Vests and Coats

Margie Plus: Printed Pants

## WE ANSWER

What did you guys think about the Emmy's?

2 COMMENTS

Outfit inspirations?

8 COMMENTS

Nail art: the new beauty obsession?

8 COMMENTS

What will be your go-to beauty palette this season?

0 COMMENTS

How do you guys feel about



LuLu's
LULUS.COM

# STYLE GUIDES
by tbf

## WHAT TO WEAR...

TO A WEDDING

TO A JOB INTERVIEW

TO A FORMAL EVENT

TO THE OFFICE

## HOW TO WEAR...

ANIMAL PRINTS

A SCARF

MINI SKIRT

FALSE EYELASHES

SKINNY JEANS

NEON CLOTHING

STATEMENT NECKLACE

Case 1:12-cv-09260-MGC    Document 12-1    Filed 02/07/13    Page 15 of 29



# Quick Picks

menswear trends?

1

COMMENT

## HOW TO DRESS, IF YOU'RE...

PLUS SIZE

PETITE

OVER 60

**You might like:**



The 13 Plus-Size Fashion Bloggers You MUST Read (Like, Now) (this site)

[?]

## TBF GUIDE TO...

BRAS

SWIMSUITS

WEDDING

GOING GREEN

DECORATING YOUR HOME

INTERNATIONAL SIZE CHART

OFFICE STYLE ON A BUDGET

HOW TO TELL IF YOUR LOUIS

VUITTON IS FAKE

STORES THAT SHIP INTERNATIONAL



# Comments

**Like**

SHOWING 2 COMMENTS

Sort by oldest first

## HOW TO SHOP...

SAMPLE SALES

COSTCO & SAM'S CLUB

ONLINE VINTAGE CONSIGNMENT

SHOPS

View All Guides »

**Monicatnyc2**

If the photos is supposed to represent the Saturday line, and it's only available online, then I am quite sure that it's over-priced junk that isn't fit for the Kate Spade name. Yet,

Case 1:12-cv-09260-MGC    Document 12-1    Filed 02/07/13    Page 16 of 29

ironically, the Kate Spade name is being used to promote it.



2 months ago          Like   Reply

5 Beauty Products Under $6 That Will Change Your Life (this site)

**Monicatnyc2**

"are" (grammatical error in beginning of first sentence)

2 months ago          Like   Reply



( __Subscribe by email__
,  __RSS__

## ADD NEW COMMENT



Please wait...

Kristen Stewart's Astouding Black Lace Jumpsuit Turns Heads On The Red Carpet (StyleBistro)

## REACTIONS

Show more reactions

Case 1:12-cv-09260-MGC   Document 12-1   Filed 02/07/13   Page 17 of 29

**STYLE   DEALS   BEAUTY   ADVICE GUIDES**

**Advertise   About   Contact   Daily Newsletter**

Privacy Policy | Terms & Conditions

© TBF Group, LLC 2006-2013. All Rights Reserved.



SHOPPING AND STYLE INTELLIGENCE    City  NATIONAL    TOP STORIES  FASHION WEEK    Search Racked National

  



---

JOURNFMCFOF

# Kate Spade's Saturday Will Launch Online and 6 Other Things You Need to Know About the New Brand

Tuesday, October 23, 2012, by Kenzie Bryant

 

Pieces from Saturday via WWD

It's no secret that **Kate Spade New York** is an all-star in digital competence, so perhaps it also shouldn't come as a surprise that their new, lower price-point brand dubbed **Saturday** will launch online as well as in brick-and-mortar stores come Spring. "This is not a diffusion line. The entire brand is a vertical proposition," said **Craig Leavitt**, president of Kate Spade LLC, or rather, Saturday will stand alone in its own stores and online. After the jump, find everything you have to look forward to from the company's new venture.

1. The brand will integrate its retail space with online content with a "grab-and-go experience" that includes strategically placed iPads offering marketing messages, blog content, campaign videos, and user-generated images.

2. Kate Spade Saturday pricing falls at about **50% below Kate Spade New York on average**, with apparel at about $90, eyewear at $55, fashion accessories at $40, handbags at $130, jewelry at $30, and shoes at $85. (The brand will also include home decor, swim, and tech accessories.)

3. Apparel, footwear, and accessories will be bright, and if you couldn't tell from the lower price point, Saturday is shooting for a younger customer: About 25 to 35 years old to Kate Spade New York's 30 to 40+ years old.

JOURNFMCFOF!

LRUF TQBBFDFX 2FSL!

LRUF TQBBFTBXUSEBZ!

THWSEBZ!

UFQ!

4 DFMNFOUF    Like    164

TOHO VQ GPS FVS DFX TMFUUFS

GPFMNPX SBDLFD DBUIPOEM





Racked National    Like

5,777 people like Racked National.

Facebook social plugin

---

X IFSFUP TTIPQ

Racked Beauty
Racked National 38
Racked National Indie 38
Racked National Vintage 38
Racked National Beauty 38
Boston's 38 Essential Stores    MAP
Chicago's 38 Essential Stores    MAP
LA's 38 Essential Stores    MAP
NYC's 38 Essential Stores    MAP
Philadelphia's 38 Essential Stores    MAP
San Francisco's 38 Essential Stores    MAP

---

SBDLFE LIQMDOF!

national@racked.com

---

BEWFSUJTF K JUI VT

sales@curbed.com | Media kit

4. The line will also launch in Japan in store and online and Brazil through e-commerce only. Leavitt describes the brand as "really global" adding "I think this girl exists all over the world. There's a lot more commonality [with these younger customers] because of social media and the way they interact with each other."

5. Totes will come with wine pouches (for utility, of course).

6. Shoes will lean toward the casual side with—yes!—a **PF Flyers** collab.

Head to **WWD** (sub req'd) for more pictures of the line and stay tuned for more updates as Saturday's spring launch gets closer!

· Kate Spade Launching Saturday Brand [Racked]
· Burberry, Ralph Lauren Barely Top Kate Spade, Tory Burch in the Superbowl of Digital Commerce [Racked]

SPIMBE MDLT


8 Best Books of 2012
AARP.org


Irina Shayk Lands the Cover of this Year's Sports Illustrated Swim
Racked


Did Dad Posts Sexy Pictures Of Daughter To Help Sell Used Car? [UPDATE]
AOL Autos


Nude York City
Curbed NY


Photo Gallery: Top 10 Cheap All-Inclusive Resorts
Away.com

Recommended by

DPNN FOUT '04 FYX.BCOU*

1 anonymous comment

This is exciting!

Allie McGown

1 anonymous comment

Show 2 anonymous comments

#2. 10/24/12 09:48 AM
Allie McGown: 3 comments
Reply to this.

**POST A COMMENT**

Show 2 anonymous comments
Comments feed

Register as a commenter
Log in

QPTUDPNN FOU


EATER DATING
EAT. DRINK. DATE.
Join Free
howaboutwe...

↑ Back to top
← Previous: Lawsuits
→ Next: Kirna Zabête and Nine West To Launch Flip-Flops in February

N POUIMZ.BSD I.JWT
Select month...    ■ All archives

GSPN IPVS QBSUDFSI

See Every A-List Style Moment Straight From the NYFW Party Circuit
Bold Prints For All: Juicy Couture Fall 2013
The Prabal Gurung For Target Bash Is Fashion's Ultimate Carnival
Runway Retrospective: Alexander Wang

Birchbox's Exclusive 'We Heart' Collection Is At The Top Of Our V-Day Wish List
No Ticket, No Problem. Watch The BCBG Max Azria Fall 2013 Live Stream Now
Every NYFW Show Is Livestreaming This Year: See The Complete Schedule Here
Kate Bosworth Gives Us A Lesson In Mixing High And Low Accessories #TakeNotes

New York Will Probably Get a Men's Fashion Week
Attend New York Fashion Week From Your Couch: A Complete List of Shows Livestreaming This Week
Enter The 3rd Annual Best Summer Job In America Contest With Jack Wills!
Jenners and Gymnasts Take the Runway at the Heart Truth Red Dress Fashion Show

Alexa Chung: 'I Weirdly Really Like Underwear'
Would Sally Jewell Be Obama's Most Badass Cabinet Member?
New York Greats: Elettra Wiedemann Talks to Diane Von Furstenberg
Chic Women Dripping in Bulgari's Snake Jewels

WJSBMIUPS.JFT


19 Maps That Will Help You Put The United States In Perspective


"Buttocks" And "Female Breast Nipples" Apparently Banned From This Year's Grammys


"Necessary Roughness" Goes Gay

Powered by BuzzFeed



- Highlights:
- **Keeping Baby Safe**
- **Holiday Style Guide**
- **Smart Ways to Spend & Save**
- **Kid Style**
- **Holiday Toys**
- **Family Entertainment**
- **Powered Parent**

**Connect**
- Facebook
- Twitter
- RSS

**Search Babble**
Submit Query

PREGNANCY PRODUCTS      BABY PRODUCTS      TODDLER PRODUCTS      KID PRODUCTS      MOM PRODUCTS

# Kate Spade's Upcoming New Line: Saturday

POSTED BY **NICOLEBALCH** ON OCTOBER 28TH, 2012 AT 12:24 AM



0

**0**



Wouldn't it be great if every day felt a bit more like Saturday?
That's the idea behind Kate Spade's upcoming new line called,

Case 1:12-cv-09260-MGC   Document 12-1   Filed 02/07/13   Page 23 of 29

wait for it, **Saturday**. Prices will be lower, with clothes and shoes coming in at under $100, and jewelry in the $30 range. Yay, right!?

Kate Spade insists that this isn't a diffusion line, however. The feel will be more casual, while still keeping Kate Spade's signature fun and colorful aesthetic. The only stores will be opening in Japan and Brazil next year, but everything will be available online next March. It's a long time to wait, but I'll be looking forward to seeing more!



You can **sign up** to learn more at **Saturday.com**.

[via **FabSugar** and **Fashion etc.**]

*• Nicole Balch writes daily about living a stylish life and transforming the so-so on her blog, **Making it Lovely**. Catch up with all of Nicole's other Family Style posts **right here on Babble.***

**RELATED POSTS :**

**NICOLEBALCH ON GOOGLE+**

# GO BACK TO
# Family Style



Facebook social plugin

**Disney Online Moms & Family Portfolio**

- • Pregnancy
- • Baby
- • Toddler
- • Kid
- • Mom
- • Dad
- • Babble Blogs
- • Products
- • Food
- • Home
- • Celebrity
- • About Us
- • Contributors
- • Jobs
- • Advertise
- • RSS
- • Site Index
- • Site Map
- • Babble on Facebook
- • Babble on Twitter
- • Babble on Google+
- • Babble on Pinterest

The Walt Disney Company supports Babble as a platform dedicated to honest, engaged, informed, intelligent and open conversation about parenting. However, the opinions expressed on this site are those of individual parents/writers and do not reflect the views of Disney. In addition, content provided on this site is for entertainment or informational purposes only and should not be construed as medical advice, diagnosis, treatment, or safety advice. Click here for additional information. Privacy Policy | Terms of Service | Interest-Based Ads

# 101 IDEAS









## Most Wanted

# Under $100

Tapping into the joy of weekend getaways, Kate Spade debuts a line of spirited separates and accessories aptly named Saturday









1. **IPhone case** $25. 2. **Sunglasses** $50. 3. **Shoes** $65. 4. **Skirt** $85. 5. **Top** $80. 6. **Top** $90. 7. **Rings** $25 each. 8. **Top** $80, **shorts** $70. 9. **Top** $70. 10. **Shorts** $85. Shoes, PF Flyers for Kate Spade Saturday, all other items, Kate Spade Saturday; saturday.com (available in March).



STILL LIFES: COURTESY OF THE DESIGNER. STRIPED SHORTS & TOP: RICHARD MAJCHRZAK/STUDIO D, STYLED BY ANITA SALERNO AT R.J. BENNETT REPRESENTS. PHOTOGRAPH: AARON DYER FOR KATE SPADE SATURDAY

Precision for a flaw

# Meet Kate Spade's More Affordable Little Sister Line, Saturday

By: Danielle



If you could not get enough of Kate Spade and her polka-dotted and sparkly cuteness but couldn't grasp the price points, it's time to sit up on this one. The New York designer has confirmed the launch of her more affordable Saturday line for next spring!

The line will include plenty: dresses, outerwear, denim, casual separates, knitwear, swim—accessories, bags, jewelry, watches, shoes, eyewear, beauty products, home goods, and tableware. Prices will range from about $25 for home products to $30 for jewelry, $50 for watches, and is said to be an average MSRP of $90 for clothing items. From the images, it all looks completely cute. I need those coffee mugs and the tea set!

Word is we'll get a sneak peek via fab.com early 2013, but the line will officially be available come spring at saturday.com.

## Would you buy anything from Saturday? What's on your list? Tell me in the comments!

Source



## Related Posts:

- Kate Spade for Keds
- The Next Target Guest Designer Is…
- Mother's Day Shopping for You at Tanger…
- Current Obsession: Bright Colored Clutches
- Current Obsession: Polka Dots (Plus Shop 50+ Cute Dotted…

**You might also like:**