UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

KATE SPADE LLC,

        Plaintiff/Counterclaim-Defendant,

vs.

SATURDAYS SURF LLC,

        Defendant/Counterclaim-Plaintiff.

------------------------------------x

12 CIV 9260 (MGC)

ECF Case

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/13

### Stipulated Expedited Discovery and Briefing Schedule for Preliminary Injunction Motion

IT IS HEREBY STIPULATED by and between counsel for Kate Spade LLC and counsel for Saturdays Surf LLC that the following expedited discovery and briefing schedule will apply to Saturdays Surf LLC's motion for a preliminary injunction against Kate Spade LLC:

1. Saturdays Surf LLC filed and served its motion for a preliminary injunction and for expedited discovery, along with its proposed expedited discovery requests, on February 13, 2013.

2. By 6:00 pm on February 18, 2013, Kate Spade LLC shall serve its proposed expedited discovery requests, along with any objections it may have to the scope of Saturdays Surf LLC's expedited discovery requests.

4814-8151-4770.1

3. By 6:00 p.m. on February 21, 2013, Saturdays Surf LLC shall serve any objections it may have to the scope of Kate Spade LLC's expedited discovery requests.

4. On February 22, 2013, counsel for the parties shall meet and confer in good faith, and shall use their best efforts, to resolve any discovery disputes. If the parties cannot resolve their discovery disputes, each party shall submit a short letter to the Court by no later than 10:00 a,m. on Monday, February 25, 2013. Any expedited discovery sought shall be narrowly tailored to the issues at stake in the motion for a preliminary injunction.

5. By 6:00 p.m. on March 6, 2013, the parties shall serve complete responses to the discovery requests, including production of responsive documents. At that time, the parties also will serve initial disclosures under Rule 26(a)(1)(A) and reports under Rule 26(a)(2)(B) for any experts on which they intend to rely in connection with the preliminary injunction motion.

6. The parties may take fact and and expert depositions, during the week of March 11, 2013. As with the rest of expedited discovery, deposition topics shall be narrowly tailored to the issues at stake in the motion for a preliminary injunction.

7. By 6:00 p.m. on March 22, 2013, Saturdays Surf LLC shall serve and file any supplemental papers in support of its motion for a preliminary injunction.

8. By 6:00 p.m. on April 5, 2013, Kate Spade LLC shall serve and file its papers in opposition to the motion for a preliminary injunction.

9. By 6:00 p.m. on April 12, 2013, Saturdays Surf LLC shall serve and file its reply papers in further support of its motion for a preliminary injunction.


10. Oral argument on Saturdays Surf LLC's motion for a preliminary injunction shall be held by the Court on Thursday, April 18, 2013, at 10 o'clock a.m, or at such other time as is agreed upon by counsel and the Court.

11. Service by email to the undersigned counsel shall be suffificent for all purposes.

Dated: New York, New York
February 13, 2013

**DEBEVOISE & PLIMPTON LLP**

By: _____
David H. Bernstein
Megan K. Bannigan
Jennifer Insley-Pruitt
Rayna Feldman
919 Third Avenue
New York, New York 10022
(212) 909-6696
dhbernstein@debevoise.com
mkbannigan@debevoise.com
jinsleypruitt@debevoise.com
rsfeldman@debevoise.com

*Attorneys for Plaintiff KATE SPADE LLC*

**FOLEY & LARDNER LLP**

By: _____
Peter N. Wang
Robert S. Weisbein
Andrew Baum
Adam G. Pence
90 Park Avenue
New York, New York 10016
(212) 682-7474
pwang@foley.com
rweisbein@foley.com
abaum@foley.com
apence@foley.com

*Attorneys for Defendant SATURDAYS SURF LLC*

**SO ORDERED**

this 13th day of February, 2013.

S/ _____
Honorable Miriam Goldman Cedarbaum
United States District Judge