Megan Bannigan (mkbannig@debevoise.com)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909-6127

*Attorneys for Kate Spade LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

KATE SPADE LLC,

    Plaintiff/Counterclaim-Defendant,

vs.

SATURDAYS SURF LLC,

    Defendant/Counterclaim-Plaintiff.

------------------------------------x

12 CIV 9260 (MGC)

ECF Case

**NOTICE OF APPERANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**

    PLEASE TAKE NOTICE that Kate Spade LLC appears in the case captioned above by its counsel Megan Bannigan of Debevoise & Plimpton LLP.  The undersigned respectfully requests that notice of electronic filing of all papers in the within action, as well as copies of all other documents that are required to be served or delivered to counsel, be transmitted to her at the address given below.

Dated: New York, New York
       February 22, 2013

                DEBEVOISE & PLIMPTON LLP

                By: ____/s/__ Megan Bannigan
                    Megan Bannigan

mkbannig@debevoise.com
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York  10022
(212) 909-6127

*Attorneys for Kate Spade LLC*

TO: Peter N. Wang (pwang@foley.com)
Robert S. Weisbein (rweisbein@foley.com)
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
(212) 338-3528

*Attorneys for Saturdays Surf LLC*