Rayna S. Feldman (rsfeldman@debevoise.com)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909-6730

*Attorneys for Kate Spade LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

KATE SPADE LLC,

        Plaintiff/Counterclaim-Defendant,

   vs.

SATURDAYS SURF LLC,

        Defendant/Counterclaim-Plaintiff.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

12 CIV 9260 (MGC)

ECF Case

**NOTICE OF APPERANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**

      PLEASE TAKE NOTICE that Kate Spade LLC appears in the case captioned above by its counsel Rayna S. Feldman of Debevoise & Plimpton LLP.  The undersigned respectfully requests that notice of electronic filing of all papers in the within action, as well as copies of all other documents that are required to be served or delivered to counsel, be transmitted to her at the address given below.

Dated: New York, New York
       February 22, 2013

                                 DEBEVOISE & PLIMPTON LLP

                                 By:  ____/s/__ Rayna S. Feldman
                                     Rayna S. Feldman

        rsfeldman@debevoise.com
        DEBEVOISE & PLIMPTON LLP
        919 Third Avenue
        New York, New York  10022
        (212) 909-6730

        *Attorneys for Kate Spade LLC*

TO:    Peter N. Wang (pwang@foley.com)
       Robert S. Weisbein (rweisbein@foley.com)
       FOLEY & LARDNER LLP
       90 Park Avenue
       New York, New York 10016
       (212) 338-3528

       *Attorneys for Saturdays Surf LLC*