**DEBEVOISE & PLIMPTON LLP**

919 Third Avenue
New York, NY 10022
Tel 212 909 6000
Fax 212 909 6836
www.debevoise.com

**MEMO ENDORSED**



April 4, 2013

BY MAIL

Hon. Miriam G. Cedarbaum
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

*Kate Spade LLC v. Saturdays Surf LLC*
12 CIV 9260 (MGC)

**Withdrawal of Attorney**

Dear Judge Cedarbaum:

Please be advised that, Jennifer Insley-Pruitt is no longer employed by the firm of Debevoise & Plimpton LLP, the attorneys for Plaintiff/Counterclaim-Defendant Kate Spade LLC in the captioned matter.

I am currently one of the attorneys of record in the subject action, and I hereby respectfully request your permission to have Jennifer Insley-Pruitt's name removed from the court's docket and ECF electronic mailing distribution list. Please signify your approval of this withdrawal by having this letter memo endorsed, so that the clerk may modify and update the court's records.

Thank you for your courtesy and cooperation.

Respectfully submitted,

Megan K. Bannigan

cc: Robert Weisbein (by mail)

New York • Washington, D.C. • London • Paris • Frankfurt • Moscow • Hong Kong • Shanghai

Hon. Miriam G. Cedarbaum                    2                              April 4, 2013

SO ORDERED:

S/ _____
U.S.D.J. Miriam G. Cedarbaum

*April 11, 2013*

22518635v1